IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEO E. ZAMORA,

       Plaintiff,

v.                                   No. CIV-13-0559 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

       Defendant.

# FINAL ORDER

    **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for Rehearing, With Supporting Memorandum (Doc. 16)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

    IT IS SO ORDERED.

*Lourdes A. Martinez*
**THE HONORABLE LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**